# CASE ANNOUNCEMENTS

*January 25, 2008*

[Cite as *01/25/2008 Case Announcements*, 2008-Ohio-241.]

## MOTION AND PROCEDURAL RULINGS

**2008-0160. McAllister v. Smith.**
Marion App. No. 9-07-45. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Cuyahoga County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## RECONSIDERATION OF PRIOR DECISIONS

**2007-1635. McIntosh v. Slick.**
Stark App. No. 2006CA00158, 2007-Ohio-3672. Reported at 116 Ohio St.3d 1456, 2007-Ohio-6803, 878 N.E.2d 34. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

O'CONNOR, J., dissents and would grant the motion and accept the appeal on Proposition of Law No. I.

# CASE ANNOUNCEMENTS

*January 25, 2008*

[Cite as *01/25/2008 Case Announcements #2*, 2008-Ohio-269.]

## MOTION AND PROCEDURAL RULINGS

**2007-2289. State ex rel. Lorain v. Stewart.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On the parties' joint motion for expedited consideration and relators' stipulated notice of substitution of party under Civ.R. 25(D)(1) and stipulated motion for leave to file an amended complaint,

It is ordered that Drake Hopewell, the Housing Officer and Director of Public Safety and Service for the city of Lorain, is automatically substituted for Andrew R. Winemiller as a relator.

It is further ordered that relators' stipulated motion for leave to file an amended complaint is granted and that respondent's response to the amended complaint is due within 21 days of this entry.

PFEIFER, J., would deny the motion to expedite.

# CASE ANNOUNCEMENTS

*January 28, 2008*

[Cite as *01/28/2008 Case Announcements*, 2008-Ohio-268.]